McDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
3150 Porter Drive
Palo Alto, California 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiff
CREATIVE TECHNOLOGY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CREATIVE TECHNOLOGY LTD. a Singapore corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZENZUI, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. : 4:07-cv-04459-SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Creative Technology Ltd. Voluntarily dismisses its claims in this action against Zenzui, Inc. with prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 18, 2007

McDERMOTT WILL & EMERY LLP

By: *Terrence P. McMahon* w/ authorization LHK
Terrence P. McMahon
Attorneys for Plaintiff,
CREATIVE TECHNOLOGY LTD.